UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

|  |  |
|---|---|
| **P.W. MATTHEWS, PLLC,**<br><br>Plaintiff,<br><br>vs.<br><br>**OLIVIA HUSSEY and<br>LEONARD WHITING,**<br><br>Defendants. | **2:23-CV-11133-TGB-DRG** |

## JUDGMENT

In accordance with the Order entered on this date, **GRANTING** Defendants' Motion to Dismiss, it is **ORDERED AND ADJUDGED** that this case is **DISMISSED** for lack of personal jurisdiction.

Dated at Detroit, Michigan:  December 19, 2023.

KINIKIA ESSIX
CLERK OF THE COURT

s/A. Chubb
Case Manager and Deputy Clerk

APPROVED:
s/Terrence G. Berg
HON. TERRENCE G. BERG
UNITED STATES DISTRICT JUDGE